FILED
IN CLERKS OFFICE

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

2021 JUN -3 PM 12: 13

# UNITED STATES DISTRICT COURT
for the

U.S. DISTRICT COURT
DISTRICT OF MASS.

)
)
Ellis J. Lard 10137-026 )
_____Petitioner_____ )
)
v. ) Case No. _____
) (Supplied by Clerk of Court)
) Dist. ct case No. 16-cv-12281/RGS
)
United States of America )
_____Respondent_____ )
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Ellis Jerome Lard Sr.
   (b) Other names you have used: Tree Top
2. Place of confinement:
   (a) Name of institution: FMC Devens
   (b) Address: PO Box 879 N-d 42 Patton Road Ayer, MA 01432
   (c) Your identification number: 10137-026
3. Are you currently being held on orders by:
   ■ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ■ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: USDC 1 Courthouse Way Boston MA. 01432 STE 2300
      (b) Docket number of criminal case: 16-cv-12281/RGS
      (c) Date of sentencing: 3/19/2021
   ☐ Being held on an immigration charge
   ■ Other (explain): Committed after expiration of sentence

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   ☐ Pretrial detention
   ☐ Immigration detention
   ☐ Detainer
   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   ☐ Disciplinary proceedings
   ☒ Other (explain): _WANT TO KNOW IF GOV'T HAS FORCED MEDICATION RIGHT TO FORCE SHOT OF UNKNOWN MEDICATION ON MY PERSON. WON'T TELL WHAT SHOT IS_

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: _ONE COURTHOUSE WAY STE 2300/2500_

   (b) Docket number, case number, or opinion number: _19/1772-19-1772_
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
   _____
   _____

   (d) Date of the decision or action: _1-26-2021_

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes         ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _COURT OF APPEALS 1ST CIR._

      (2) Date of filing: _2-10-21_
      (3) Docket number, case number, or opinion number: _19-1772_
      (4) Result: _denied_
      (5) Date of result: _3-19-2021_
      (6) Issues raised: _SEE ATTACHED_
      _____
      _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____

(b) If you answered "No," explain why you did not appeal: _____
_____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☐ Yes          ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   _____
   _____
   _____
   _____

   (b) If you answered "No," explain why you did not file a second appeal: _____
   _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes          ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   _____
   _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal: _____
_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes        ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes        ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes        ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____
_____
_____
_____
_____
_____

11. **Appeals of immigration proceedings**

   Does this case concern immigration proceedings?

   ☐ Yes  ☐ No

   If "Yes," provide:

   (a) Date you were taken into immigration custody: _____
   (b) Date of the removal or reinstatement order: _____
   (c) Did you file an appeal with the Board of Immigration Appeals?

   ☐ Yes  ☐ No

   If "Yes," provide:

   (1) Date of filing: _____
   (2) Case number: _____
   (3) Result: _____
   (4) Date of result: _____
   (5) Issues raised: _____

   _____
   _____
   _____
   _____

   (d) Did you appeal the decision to the United States Court of Appeals?

   ☐ Yes  ☐ No

   If "Yes," provide:

   (1) Name of court: _____
   (2) Date of filing: _____
   (3) Case number: _____

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____
_____
_____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
    ☐ Yes ☒ No
    If "Yes," provide:
    (a) Kind of petition, motion, or application: _____
    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____
    (d) Docket number, case number, or opinion number: _____
    (e) Result: _____
    (f) Date of result: _____
    (g) Issues raised: _____
    _____
    _____
    _____
    _____
    _____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** UNLAWFUL FORCED MEDICATION
    _____
    _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

MADE TO TAKE AN INJECTION EVERY 28 DAYS.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes ☐ No

**GROUND TWO:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

_____

_____

### Request for Relief

15. State exactly what you want the court to do: WANT INJECTION STOPPED AND IF COURT LOOKED MEDICAL FORMAT 1994 IT TELLS WHAT CORRECTIONAL OFFICERS CAN AND CANNOT do TO ME.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _____     _____*Mr. Ellis Jerome Lord, Sr*_____
                                                    *Signature of Petitioner*

                                              _____
                                              *Signature of Attorney or other authorized person, if any*